*8610806*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Tara Muren 260154<br>CIR Law Office, LLP<br>8665 Gibbs Dr, #150<br>San Diego, CA 92123 | FILED<br>ALAMEDA COUNTY<br>JUN 2 5 2010<br>CLERK OF THE SUPERIOR COURT<br>By _____ Deputy |
|---|---|
| TELEPHONE NO.:  FAX NO. *(Optional)*: | |
| EMAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: Unifund CCR Partners | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>STREET ADDRESS: 1225 Fallon Street, Room 109<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland 94612<br>BRANCH NAME: Rene C. Davidson Courthouse | |
| PLAINTIFF/PETITIONER: Unifund CCR Partners | CASE NUMBER:<br>RG10520783 |
| DEFENDANT/RESPONDENT: FREEMAN, RUBY | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>331802-9 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons; Complaint; Affidavit of Venue; Civil Case Cover Sheet; Alternative Dispute Resolution (adr) Packet

3. a. Party served *(specify name of party as shown on documents served)*:
      **RUBY FREEMAN**
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
   678 29TH Street APT 3, OAKLAND, CA 94609

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: **6/19/2010**  (2) at *(time)*: **3:34 PM**
   b. [ ] **by substituted service.** On *(date)*:  (2) at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  from *(city)*:  or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Code of Civil Procedure, § 417.10

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Order No. 8589497 SEA FIL



EXHIBIT
1

| PLAINTIFF/PETITIONER: Unifund CCR Partners | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: FREEMAN, RUBY | RG10520783 |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  (1) on *(date):*     (2) from *(city):*
  (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
  (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

  [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant
   d. [ ] On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)            [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)          [ ] 415.46 (occupant)
                                          [ ] other

7. **Person who served papers**
   a. Name: Granville Smith
   b. Address: 304 12th St, Suite 4A, Oakland, CA 94607
   c. Telephone number: 510-832-0701
   d. The fee for service was: $69.50
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] registered California process server:
         (i) [ ] owner  [ ] employee  [X] independent contractor
         (ii) [X] Registration No.: 1014
         (iii) [X] County: Alameda

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 6/20/2010

Granville Smith
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

BY FAX

