Craig S. Miller (State Bar No. No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone:   (415) 296-7070
Facsimile:   (415) 296-7060

Attorneys for Defendant
ABC Legal Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBY NELL FREEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>ABC LEGAL SERVICES, INC., and<br><br>GRANVILLE EWING SMITH III,<br><br>Defendants. | Case No. CV-11-03007 EMC<br><br>NOTICE OF WITHDRAWAL OF COUNSEL; AND [~~proposed~~] ORDER |

PLEASE TAKE NOTICE that the following counsel hereby withdraws as counsel of record for Defendant ABC LEGAL SERVICES INC. in the above captioned matter:

Tomio B. Narita (SBN 156576)
Jeffrey A. Topor (SBN 195545)
SIMMONDS & NARITA, LLP
44 Montgomery Street, Ste. 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
Email:  tnarita @snllp.com
        jtopor@snllp.com

//

All pleadings, orders, and notices should henceforth be served upon the following counsel for Defendant ABC Legal Services, Inc., who has already appeared as counsel of record as co-counsel with Simmonds & Narita, LLP, and is listed in the Court's database:

> Craig S. Miller (SBN 139682)
> William S. Weisberg (SBN 146284)
> Kenneth J. Sperandio, Jr., of counsel (SBN 148288)
> WEISBERG & MILLER
> 654 Sacramento St., 3rd Floor
> San Francisco, CA 94111
> Telephone: (415) 296-7070
> Facsimile:  (415) 296-7060
> Emails: cmiller@wmlawfirm.com
>         wweisberg@wmlawfirm.com
>         ksperandio@wmlawfirm.com

The undersigned parties consent to this change in counsel.

SIMMONDS & NARITA, LLP                              WEISBERG & MILLER

Oct. 10, 2011      /s/                    Oct. 10, 2011      /s/
              By: Tomio B. Narita                        By: Craig S. Miller

The above withdrawal of counsel is approved, and it is so ORDERED.

Dated: Oct. 13, 2011



_____
Judge Edward M. Chen