Craig S. Miller (State Bar No. No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone:     (415) 296-7070
Facsimile:     (415) 296-7060
Attorneys for Defendant
ABC Legal Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLEN ANSARI, and MIRJANA ANSARI, | Case No. **CV-11-03542 EMC** |
| Plaintiffs, | STIPULATION TO FILE AMENDED ANSWER, PROPOSED AMENDED ANSWER, AND PROPOSED ORDER |
| vs. | |
| ABC LEGAL SERVICES, INC. *et al*, | |
| Defendants. | |

Plaintiffs Allen Ansari and Mirjana Ansari currently have a motion to strike pending against Defendant ABC Legal Services, Inc.'s answer.  Plaintiffs and Defendant, through their counsel of record, stipulate that ABC Legal Services, Inc. may file a First Amended Answer, which is attached as Exhibit A. Upon the Court's approval of such, the pending motion to strike shall be taken off calendar without further action by Plaintiffs.

CONSUMER LAW CENTER, INC.                    WEISBERG & MILLER

Dec. 13, 2011  /s/ *Fred W. Schwinn*          Dec. 13, 2011  /s/ *William S. Weisberg*
                 By:  Fred W. Schwinn,                         By:  William S. Weisberg,
                 attorneys for Plaintiffs Allen               attorneys for Defendant ABC Legal
                 & Mirjana Ansari                             Services, Inc.

IT IS SO ORDERED THAT:  Exhibit A is filed as ABC Legal Service, Inc.'s First Amended Answer, and Plaintiff's pending motion to strike ABC's answer is off calendar.

Dec. __15__, 2011          _____
                            Edward M. Chen, U.S. District Court Judge

LAW OFFICES OF
**WEISBERG & MILLER**
654 SACRAMENTO STREET • THIRD FLOOR • SAN FRANCISCO • CA 94111
PHONE 415•296•7070  FAX 415•296•7060