**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8     RUBY NELL FREEMAN,                          No. C-11-3007 EMC

9              Plaintiff,                         **RELATED TO**

10        v.                                      No. C-11-3542 EMC
                                                  No. C-11-3805 EMC
11    ABC LEGAL SERVICES, INC., *et al.*,         No. C-11-3824 EMC
                                                  No. C-11-5152 EMC
12             Defendants.                        No. C-12-0624 EMC
      _____/          No. C-12-0642 EMC
13                                                No. C-12-0644 EMC
      AND ALL RELATED ACTIONS.                    No. C-12-0678 EMC
14                                                No. C-12-1693 EMC
                                                  No. C-12-1696 EMC
15    _____/           No. C-12-1904 EMC
                                                  No. C-12-1911 EMC
16                                                No. C-12-1914 EMC

17                                                **ORDER EXTENDED DEADLINE FOR
                                                  SETTLEMENT CONFERENCE AND**
18                                                **RESETTING FURTHER CMC**

19

20        **IT IS SO ORDERED** that the deadline to complete settlement conference is extended to

21    November 30, 2012.  The Further CMC is rescheduled from October 16, 2012 at 10:30 a.m. to

22    December 7, 2012 at 10:30 a.m.

23

24        IT IS SO ORDERED.

25    Dated:  July 16, 2012

26

27                                               _____
                                                 EDWARD M. CHEN
28                                               United States District Judge