UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY NELL FREEMAN, | No. C-11-3007 EMC |
| Plaintiff, | **RELATED TO** |
| v. | No. C-11-3542 EMC |
| ABC LEGAL SERVICES, INC., *et al.*, | No. C-11-3805 EMC |
| | No. C-11-3824 EMC |
| Defendants. | No. C-11-5152 EMC |
| _____/ | No. C-12-0624 EMC |
| | No. C-12-0642 EMC |
| AND ALL RELATED ACTIONS. | No. C-12-0644 EMC |
| | No. C-12-0678 EMC |
| | No. C-12-1693 EMC |
| _____/ | No. C-12-1696 EMC |
| | No. C-12-1904 EMC |
| | No. C-12-1911 EMC |
| | No. C-12-1914 EMC |

**ORDER EXTENDED DEADLINE FOR SETTLEMENT CONFERENCE AND RESETTING FURTHER CMC**

**IT IS SO ORDERED** that the deadline to complete settlement conference is extended to November 30, 2012. The Further CMC is rescheduled from October 16, 2012 at 10:30 a.m. to December 7, 2012 at 10:30 a.m.

IT IS SO ORDERED.

Dated: July 16, 2012

_____
EDWARD M. CHEN
United States District Judge