# Ronald Wilcox • Attorney at Law
REPRESENTING INDIVIDUALS IN ALL ASPECTS OF FINANCIAL REORGANIZATION AND BANKRUPTCY

TEL: (408) 296-0400 • FAX: (408) 296-0486

July 20, 2012

Hon. Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA  94102-3483

    Re: C11-3007 EMC Freeman v. ABC

    **And the following related cases**:
    C11-3542 EMC Ansari v. ABC
    C11-3805 EMC Rosales v. Pembleton
    C11-3824 EMC Jones v ABC
    C11-5152 EMC Barreto v. ABC
    C12-0624 EMC Sparacino v. ABC
    C12-0642 EMC Paule v. ABC
    C12-0644 EMC Wyckoff v. ABC
    C12-0678 EMC Walker v. ABC
    C12-1693 EMC Kamin v. ABC
    C12-1696 EMC Clohan v. ABC
    C12-1904 EMC Younger v. ABC
    C12-1911 EMC Brown v ABC
    C12-1914 EMC Dohm v. ABC

To the Honorable Edward Chen,

    Plaintiff files this letter requesting leave to file a Motion to Consolidate, or for the Court to act sua sponte and consolidate these related fourteen matters, and for the Court to extend the deadline for Plaintiff to file Amended Complaints, until such time as the Court has decided the issue of consolidation.  In a Minute Order filed May 30, 2012, the Court stated (See Docket #73):

> "Before filing any further motions, parties must e-file a letter to the Court for prior approval. Court intends to hear only those motions which are necessary and likely to advance the cases in an efficient manner."

**Ronald Wilcox • Attorney at Law**
REPRESENTING INDIVIDUALS IN ALL ASPECTS OF FINANCIAL REORGANIZATION AND BANKRUPTCY
TEL: (408) 296-0400 • FAX: (408) 296-0486

**Legal Principles**

- "When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." *Fed. R. Civ. P. 42(a)*.

- The purpose of consolidation is to enhance trial court efficiency and to avoid the substantial danger of inconsistent adjudication. *E.E.O.C. v. HBE Corp.*, 135 F.3d 543, 551 (8th Cir. 1998), *Paxonet Communs., Inc. v. Transwitch Corp.*, 303 F. Supp. 2d 1027, 1028-1029 (N.D. Cal. 2003), *Rendon v. City of Fresno*, 2006 U.S. Dist. LEXIS 41140 (E.D. Cal. 2006).

- "Once a common question has been established, "consolidation is within the broad discretion of the district court." *Id.* (internal quotations omitted." *Paxonet Communs., Inc. v. Transwitch Corp.*, 303 F. Supp. 2d 1027, 1028-1029 (N.D. Cal. 2003),

- To determine whether to consolidate, the interest of judicial convenience is weighed against the potential for delay, confusion, and prejudice caused by consolidation. *Id.* (citing *Southwest Marine, Inc. v. Triple AAA Machine Shop, Inc*., 720 F. Supp. 805, 807 (N.D. Cal. 1989).

**Discussion**

As the Court noted in its Order denying Defendants' Motion to dismiss the earlier filed case (*Freeman v. ABC Legal Services, Inc.,* 827 F. Supp. 2d 1065 (N.D. Cal. 2011)):

> Ms. Freeman asserts that Defendants engaged in the following conduct: (1) manufacturing and selling a fraudulent Proof of Service of Summons that falsely stated Plaintiff was validly served; (2) encouragement, assistance and engagement in "sewer service"; (3) ratification of fraud, perjury and breach of official duty; (4)failure to comply with California Business and Professions Code §§ 22350-22360; (5) failure to implement policies and procedures ensuring quality control of service of processes; (6) falsification of electronic signatures on service of processes; (7) aiding and abetting Defendant Smith to provide fraudulent service of processes; and (8) engagement in unfair competition in violation of California Business and Professions Code § 17200.

1900 The Alameda • Fifth Floor, Suite # 530 • San Jose, CA 95126-1122
Email: ronaldwilcox@post.harvard.edu • Website: e-bankruptcy.com

**Ronald Wilcox • Attorney at Law**
REPRESENTING INDIVIDUALS IN ALL ASPECTS OF FINANCIAL REORGANIZATION AND BANKRUPTCY
TEL: (408) 296-0400 • FAX: (408) 296-0486

The similarities in the fourteen cases show that they lend themselves to consolidation. Indeed, the Court noted on July 3, 2012 (Docket # 77):

> "Because the factual issues relevant to the motions are largely identical between the cases (except as otherwise stated), the Court refers generically to "Plaintiffs" and "Defendant" in this Order, and all docket citations are to the *Freeman* matter unless otherwise noted."

Furthermore, at the previous Case Management Conference the Court inquired about consolidating these matters. As Plaintiff's counsel reviewed this matter it does seem more efficient if this were one matter.

On July 6, 2012, Plaintiff sent an email offering to consolidate these matters. On July 18, 2012, Plaintiff telephoned Defendant's counsel, Bill Weissberg and discussed the matter further, and also sent Defendants a proposed Stipulation to Consolidate. **Exhibit 1**. Defendants have not agreed to consolidate these matters.

Thus, Plaintiff respectfully files this herein request for leave to file a Motion to Consolidate, or for the Court to act sua sponte and consolidate these related fourteen matters, and for the Court to extend the deadline for Plaintiff to file Amended Complaints, until such time as the Court has decided the issue of consolidation.

Date: 7/20/12

/s/Ronald Wilcox
Counsel for Plaintiffs

# EXHIBIT 1

Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RUBY NELL FREEMAN

IN THE UNITED STATES DISTRICT COURT **FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| RUBY NELL FREEMAN,<br><br>                    Plaintiff,<br>     v.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation; GRANVILLE EWING SMITH, III, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 3:11-CV-03007-EMC<br><br>and the following related cases:<br>3:11-CV-03542-EMC - Ansari v. ABC Legal<br>3:11-CV-03805-EMC - Rosales v. Pembleton<br>3:11-CV-03824-EMC - Jones v. ABC Legal<br>3:11-CV-05152-EMC - Barreto v. ABC Legal<br>3:12-CV-00624-EMC - Sparacino v. ABC Legal<br>3:12-CV-00642-EMC - Paule v. ABC Legal<br>3:12-CV-00644-EMC - Wyckoff v. ABC Legal<br>3:12-CV-00678-EMC - Walker v. ABC Legal<br>3:12-CV-01693-EMC - Kamin v. ABC Legal<br>3:12-CV-01696-EMC - Clohan v. ABC Legal<br>3:12-CV-01904-EMC - Younger v. ABC Legal<br>3:12-CV-01911-EMC - Brown v. ABC Legal<br>3:12-CV-01914-EMC - Dohm v. ABC Legal<br><br>**STIPULATION TO CONSOLDIATE and [Proposed] ORDER** |

1
2      The parties hereby stipulate and request:
3      That the above-captioned actions be consolidated pursuant to Federal Rule of Civil Procedure
4
5  42(a), for all purposes, and that henceforth, all documents to be filed in the above captioned actions
6  shall make reference to and be denominated as Case No. 3:11-CV-03007-EMC only.
7
8  Dated:
9
                                                By: _____
10                                              Ronald Wilcox
                                                Attorney for Plaintiffs
11                                              RUBY NELL FREEMAN
12
13 Dated:                                        WEISBERG & MILLER
14
                                                By: _____
15                                              William Weissberg
                                                Attorney for Defendant
16                                              ABC LEGAL SERVICES, INC.
17
18 Dated:                                        HINSHAW & CULBERTSON, LLP
19
                                                By: _____
20                                              David Dalby
                                                Attorney for Defendant
21                                              GRANVILLE EWING SMITH, III
22
23
24
25
26
27
28

**Ronald Wilcox • Attorney at Law**

REPRESENTING INDIVIDUALS IN ALL ASPECTS OF FINANCIAL REORGANIZATION AND BANKRUPTCY

TEL: (408) 296-0400 • FAX: (408) 296-0486

## **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am a resident of the County aforesaid; I am over the age of eighteen years old and not a party to the within action; my business address: is 1900 The Alameda, Suite 530, San Jose, CA 95126.

I served the within:

**Letter to Hon. Edward Chen re Motion to Consolidate, etc.**

By first class U.S. mail postage pre-paid to:


Granville Ewing Smith, III
3090 Shane Drive
San Pablo, CA  94806


Executed in San Jose on July 20, 2012

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


/s/Liliana Alba-Bermejo
Paralegal