UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY NELL FREEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ABC LEGAL SERVICES, INC., *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-3007 EMC<br><br>**and the following related cases:**<br>C11-3542 EMC Ansari v. ABC<br>C11-3805 EMC Rosales v. Pembleton<br>C11-3824 EMC Jones v ABC<br>C11-5152 EMC Barreto v. ABC<br>C12-0624 EMC Sparacino v. ABC<br>C12-0642 EMC Paule v. ABC<br>C12-0644 EMC Wyckoff v. ABC<br>C12-0678 EMC Walker v. ABC<br>C12-1693 EMC Kamin v. ABC<br>C12-1696 EMC Clohan v. ABC<br>C12-1904 EMC Younger v. ABC<br>C12-1911 EMC Brown v ABC<br>C12-1914 EMC Dohm v. ABC<br><br>**ORDER DENYING PLAINTIFFS'<br>REQUEST TO CONSOLIDATE THE<br>CASES AND REQUEST TO EXTEND<br>TIME TO FILE AMENDED<br>COMPLAINT**<br><br>**(Docket Nos. 80-81)** |

    On July 20, 2012, Plaintiffs submitted a letter request to consolidate the cases. Defendant ABC submitted a letter response on July 23, 2012. In consideration of the parties' submission, Plaintiffs' request to consolidate the cases is denied without prejudice. The Court will continue to coordinate pre-trial proceedings, including discovery, ADR and motions in all related cases. No motion shall be filed without coordinating and joining all appropriate parties thereto; no motion shall be filed without first seeking permission from the Court by letter briefly describing the motion and identifying all participating/joined parties thereto. The Court reserves the authority to

consolidate some or all of the cases if and when it deems it appropriate, including for trial. Plaintiffs' request to extend time within which to file amended complaint is denied.

IT IS SO ORDERED.

Dated: July 24, 2012

_____
EDWARD M. CHEN
United States District Judge

2