United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY NELL FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ABC LEGAL SERVICES, INC., *et al.*,<br><br>    Defendants.<br>_____/ | No. C-11-3007 EMC<br><br>**RELATED TO**<br><br>C-11-3542 EMC<br>C-11-3805 EMC<br>C-11-3824 EMC<br>C-11-5152 EMC<br>C-12-0624 EMC<br>C-12-0642 EMC<br>C-12-0644 EMC<br>C-12-0678 EMC<br>C-12-1693 EMC<br>C-12-1696 EMC<br>C-12-1904 EMC<br>C-12-1911 EMC<br>C-12-1914 EMC<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO FILE MOTION TO DISMISS**<br><br>**(Docket No. 84)** |

    Defendants' request to file a motion to dismiss is **DENIED**. The Court's order of July 3, 2012, Docket No. 77, dismissed only Plaintiffs' claims under California Business and Professions Code § 17200 ("UCL"). *Id.* at 14. The Court gave Plaintiffs 30 days to file "any amended complaint" and attempt to re-allege their UCL claims. *Id.* The Court's order did not require

///
///
///
///

Plaintiffs to file an amended complaint; rather, it merely gave them leave to do so if they wanted to attempt to raise a viable UCL claim. Thus, Plaintiffs have not violated any Court order, and their non-UCL claims remain viable. *See* Docket No. 49.

IT IS SO ORDERED.

Dated: August 22, 2012

_____
EDWARD M. CHEN
United States District Judge