Craig S. Miller (State Bar No. No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone:   (415) 296-7070
Facsimile:    (415) 296-7060

Attorneys for Defendant
ABC Legal Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBY NELL FREEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ABC LEGAL SERVICES, INC., and<br><br>GRANVILLE EWING SMITH III,<br><br>    Defendants. | Case No. CV-11-03007 EMC<br><br>RELATED CASES:<br><br>CV-11-03542 EMC (*Ansari v. ABC & Smith*);<br>CV-11-03824 EMC (*Jones v. ABC, Pembleton*);<br>CV-11-03805 EMC (*Rosales v. ABC & Pembleton*);<br>CV-11-05152 EMC (*Barreto v. ABC, Barris*);<br>CV-12-00624 EMC (*Sparacino v. ABC, Pembleton*);<br>CV-12-00642 EMC (*Paule v. ABC, Pembleton*);<br>CV-12-00644 EMC (*Wyckoff v. ABC, Pembleton*);<br>CV-12-00678 EMC (*Walker v. ABC, Lowry*);<br>CV-12-01693 EMC (*Kamin v. ABC, Pembleton*);<br>CV-12-01696 EMC (*Clohan v. ABC, Pembleton*);<br>CV-12-01904 EMC (*Younger v. ABC, Pembleton*);<br>CV-12-01911 EMC (*Brown v. ABC, Lowry*); and<br>CV-12-01914 EMC (*Dohm v. ABC, Smith*)<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>DATE:  December 18, 2012<br>TIME:  10:30 A.M.<br>CTRM: 5, 17th floor |

At the prior Case Management Conference before this Court on May 25, 2012, the above referenced matters were assigned to a Mandatory Settlement Conference before Magistrate Judge Joseph P. Spero.

page 1 of 3

Freeman v. ABC Legal Services, Inc., et al.
U.S. Dist. Court (ND Cal.) – San Francisco Division, Case No. CV-11-03007 EMC
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

On November 14, 2012 the Mandatory Settlement Conference was held and a Confidential Settlement reached between all parties to these respective actions.

It is expected that the obligations imposed upon the parties by virtue of this confidential settlement will be accomplished within 30 days and respectfully request that this matter be continued so as to allow for the terms of the settlement to be accomplished and these maters dismissed.

CONSUMER LAW CENTER, INC.

Dated: November 28, 2012   By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Tel: (408) 294-6100
Fax: (408) 294-6190
Email: fred.schwinn@sjconsumerlaw.com,
attorneys for Plaintiffs Freeman, Ansari, Rosales, Jones, and Barreto

Law Offices of
WEISBERG & MILLER

Dated: November 28, 2012   By: /s/ William S. Weisberg
William S. Weisberg (SBN 146284)
WEISBERG & MILLER
654 Sacramento St., 3rd Flr.
San Francisco, CA 94111
Tel: (415) 296-7070
Fax: (415) 296-7060
Email: wweisberg@wmlawfirm.com,
attorneys for Defendant ABC Legal Services, Inc.

page 2 of 3

Freeman v. ABC Legal Services, Inc., et al.
U.S. Dist. Court (ND Cal.) – San Francisco Division, Case No. CV-11-03007 EMC
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

| | |
|---|---|
| 1 | HINDSHAW & CULBERTSON, LLP |
| 2 | |
| 3 | Dated: November 28, 2012     By:  */s/ David I. Dalby* |
| 4 | David I. Dalby (SBN 114750) <br> HINDSHAW & CULBERTSON, LLP |
| 5 | One California Street, 18thg Floor |
| 6 | San Francisco, CA 94111 <br> Tel: (415) 362-6000 |
| 7 | Fax: (415) 834-9070 <br> Email: ddalby@hinshawlaw.com, |
| 8 | attorneys for Defendant Granville Ewing Smith III |

LAW OFFICES OF
**WEISBERG & MILLER**
654 SACRAMENTO STREET • THIRD FLOOR • SAN FRANCISCO • CA 94111
PHONE 415.362.7070 FAX 415.362.7060