Craig S. Miller (State Bar No. No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone:   (415) 296-7070
Facsimile:    (415) 296-7060

Attorneys for Defendant
ABC Legal Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBY NELL FREEMAN,<br><br>　　Plaintiff,<br><br>vs.<br><br>ABC LEGAL SERVICES, INC., and<br>GRANVILLE EWING SMITH III,<br><br>　　Defendants. | Case No. CV-11-03007 EMC<br><br>RELATED CASES:<br><br>CV-11-03542 EMC (*Ansari v. ABC & Smith*);<br>CV-11-03824 EMC (*Jones v. ABC, Pembleton*);<br>CV-11-03805 EMC (*Rosales v. ABC & Pembleton*);<br>CV-11-05152 EMC (*Barreto v. ABC, Barris*);<br>CV-12-00624 EMC (*Sparacino v. ABC, Pembleton*);<br>CV-12-00642 EMC (*Paule v. ABC, Pembleton*);<br>CV-12-00644 EMC (*Wyckoff v. ABC, Pembleton*);<br>CV-12-00678 EMC (*Walker v. ABC, Lowry*);<br>CV-12-01693 EMC (*Kamin v. ABC, Pembleton*);<br>CV-12-01696 EMC (*Clohan v. ABC, Pembleton*);<br>CV-12-01904 EMC (*Younger v. ABC, Pembleton*);<br>CV-12-01911 EMC (*Brown v. ABC, Lowry*); and<br>CV-12-01914 EMC (*Dohm v. ABC, Smith*)<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT ; ORDER RESETTING FURTHER CMC<br><br>DATE: December 18, 2012<br>TIME:  10:30 A.M.<br>CTRM: 5, 17th floor |

　　At the prior Case Management Conference before this Court on May 25, 2012, the above referenced matters were assigned to a Mandatory Settlement Conference before Magistrate Judge Joseph P. Spero.

page 1 of 3

Freeman v. ABC Legal Services, Inc., et al.
U.S. Dist. Court (ND Cal.) – San Francisco Division, Case No. CV-11-03007 EMC
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1  On November 14, 2012 the Mandatory Settlement Conference was held and a
2  Confidential Settlement reached between all parties to these respective actions.
3  It is expected that the obligations imposed upon the parties by virtue of this confidential
4  settlement will be accomplished within 30 days and respectfully request that this matter be
5  continued so as to allow for the terms of the settlement to be accomplished and these maters
6  dismissed.

CONSUMER LAW CENTER, INC.

Dated: November 28, 2012     By:  /s/ Fred W. Schwinn
                                  Fred W. Schwinn (SBN 225575)
                                  CONSUMER LAW CENTER, INC.
                                  12 South First Street, Suite 1014
                                  San Jose, California 95113-2418
                                  Tel: (408) 294-6100
                                  Fax: (408) 294-6190
                                  Email: fred.schwinn@sjconsumerlaw.com,
                                  attorneys for Plaintiffs Freeman, Ansari, Rosales, Jones, and Barreto

Law Offices of
WEISBERG & MILLER

Dated: November 28, 2012     By:  /s/ William S. Weisberg
                                  William S. Weisberg (SBN 146284)
                                  WEISBERG & MILLER
                                  654 Sacramento St., 3rd Flr.
                                  San Francisco, CA 94111
                                  Tel: (415) 296-7070
                                  Fax: (415) 296-7060
                                  Email: wweisberg@wmlawfirm.com,
                                  attorneys for Defendant ABC Legal Services, Inc.

page 2 of 3

Freeman v. ABC Legal Services, Inc., et al.
U.S. Dist. Court (ND Cal.) – San Francisco Division, Case No. CV-11-03007 EMC
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

LAW OFFICES OF WEISBERG & MILLER
654 SACRAMENTO STREET • THIRD FLOOR • SAN FRANCISCO • CA 94111
PHONE 415-296-7070 FAX 415-296-7060

|   |   |   |
|---|---|---|
| 1 |   | HINDSHAW & CULBERTSON, LLP |
| 2 |   |   |
| 3 | Dated: November 28, 2012 | By: */s/ David I. Dalby* |
| 4 |   | David I. Dalby (SBN 114750) |
|   |   | HINDSHAW & CULBERTSON, LLP |
| 5 |   | One California Street, 18thg Floor |
|   |   | San Francisco, CA 94111 |
| 6 |   | Tel: (415) 362-6000 |
| 7 |   | Fax: (415) 834-9070 |
|   |   | Email: ddalby@hinshawlaw.com, |
| 8 |   | attorneys for Defendant Granville Ewing Smith III |

IT IS SO ORDERED that the Further CMC is reset from 12/11/12 to 2/7/13 at 10:30 a.m. An updated joint CMC Statement shall be filed by 1/31/13. This CMC will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

page 3 of 3

Freeman v. ABC Legal Services, Inc., *et al.*
U.S. Dist. Court (ND Cal.) – San Francisco Division, Case No. CV-11-03007 EMC
JOINT CASE MANAGEMENT CONFERENCE STATEMENT