1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   RUBY NELL FREEMAN
6

7

8                    **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                        **SAN FRANCISCO DIVISION**

10

   RUBY NELL FREEMAN,                          Case No. 3:11-CV-03007-EMC
11
                            Plaintiff,          **STIPULATION OF DISMISSAL**
12                                              **AND [PROPOSED] ORDER**
            v.
13                                              Fed. R. Civ. P. 41(a)(1)
   ABC LEGAL SERVICES, INC., a Washington
14 corporation, and GRANVILLE EWING
   SMITH, III, individually and in his official
15 capacity,
16
                            Defendants.
17
          Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, RUBY NELL FREEMAN, and Defendant, ABC
18
   LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:
19
20        1.    The dispute between the parties has been settled, therefore, the claims asserted by

21 Plaintiff, RUBY NELL FREEMAN, against Defendants, ABC LEGAL SERVICES, INC., and

22 GRANVILLE EWING SMITH, III, in the above-captioned proceeding are hereby dismissed, with

23 prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

24
   / / /
25
   / / /
26
   / / /
27
   / / /
28

                                      - 1 -
   STIPULATION OF DISMISSAL AND [PROPOSED] ORDER        Case No. 3:11-CV-03007-EMC

1    Dated:  December 20, 2012                    /s/ Fred W. Schwinn
                                                  Fred W. Schwinn, Esq.
2                                                 Attorney for Plaintiff
                                                  RUBY NELL FREEMAN
3

4
     Dated:  December 20, 2012                    /s/ William S. Weisberg
5                                                 William S. Weisberg, Esq.
                                                  Attorney for Defendant
6                                                 ABC LEGAL SERVICES, INC.

7

8    Dated:  December 20, 2012                    /s/ David I. Dalby
                                                  David I. Dalby, Esq.
9                                                 Attorney for Defendant
                                                  GRANVILLE EWING SMITH, III
10

11

12   THE FOREGOING STIPULATION
     IS APPROVED AND IS SO ORDERED.
13

14
              1/10/13
15   Dated:  _____

16                                                The Honorable Edward M. Chen
                                                  Judge

17

18                                                IT IS SO ORDERED

19                                                Judge Edward M. Chen

20

21

22

23

24

25

26

27

28

---

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER      Case No. 3:11-CV-03007-EMC